UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC LYNN STRUGGS,<br><br>Plaintiff,<br><br>vs.<br><br>C. PFEIFFER, et al.,<br><br>Defendants. | 1:18-cv-01336-GSA-PC<br><br>ORDER STRIKING MOTION FOR LACK OF SIGNATURE<br>(ECF No. 13.) |

Cedric Lynn Struggs ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 5, 2019, Plaintiff filed a motion for leave to add a retaliation claim to the Complaint. (ECF No. 28.) Plaintiff also requests written status of this case. The motion is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on August 5, 2019, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated:   **August 7, 2019**          **/s/ Gary S. Austin**
                             UNITED STATES MAGISTRATE JUDGE