UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC LYNN STRUGGS,<br><br>        Plaintiff,<br><br>    vs.<br><br>C. PFEIFFER, et al.,<br><br>        Defendants. | 1:18-cv-01336-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AS MOOT (ECF No. 15.)** |

      Cedric Lynn Struggs ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On September 27, 2018, Plaintiff filed the Complaint commencing this action. 28 U.S.C. § 1915A. (ECF No. 1.)

      On August 7, 2019, Plaintiff notified the court of ongoing retaliation issues at the prison where he is incarcerated. (ECF No. 13.) Plaintiff's notice was unsigned. On August 7, 2019, the court issued an order striking the notice for lack of signature. (ECF No. 14.)

      On August 30, 2019, Plaintiff filed a motion for reconsideration of the court's order striking his notice. (ECF No. 15.) Plaintiff admits that he may have forgotten to sign his notice[1] but asserts that he is "bombarded with so much (*sic*) legal cases since 2017 alot (*sic*) of criminal petitions and this civil matter." (ECF No. 15 at 1.) Plaintiff also alludes to his current medical

---

[1] Plaintiff refers to his August 7, 2019 notice as a Motion for Leave to Add a Retaliation Claim to his Complaint. (ECF No. 15 at 1.)

conditions. Plaintiff asks the court what he should do -- re-sign the notice or file a Rule 59 motion.

Plaintiff's motion for reconsideration is moot because at this stage of the proceedings he has been granted leave to amend the Complaint. On September 25, 2019, the court dismissed Plaintiff's Complaint for failure to state a claim, with leave to amend. (ECF No. 16.) Plaintiff is advised to comply with the court's September 25, 2019 screening order by filing an appropriate First Amended Complaint.

Accordingly, Plaintiff's motion for reconsideration, filed on August 30, 2019, is DENIED as moot.

IT IS SO ORDERED.

Dated: **October 15, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE